# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) Case No. 1:06CR00062 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **DAMIAN ANTONIO MURPHY,** | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

    1. The defendant's Motion to Strike (ECF No. 285) is GRANTED, and his initial motion seeking relief under Fed. R. Civ. P. 60(b) (ECF No. 283) is TERMINATED AS MOOT;

    2. The defendant's "MOTION FOR RELIEF OF JUDGMENT ACCORDING TO HAZEL-ATLAS PURSUANT TO RULE 60(d)(3) FRAUD ON THE COURT AND RULE 60(b)(3) DISCOVERY VIOLATIONS" (ECF No. 286) is DENIED, and the motion is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

3. The Clerk is DIRECTED to redocket the motion (ECF No. 286) as a § 2255 motion;

4. The § 2255 motion is hereby DENIED without prejudice as successive; and

5. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: May 8, 2012

/s/ James P. Jones
United States District Judge